Marvin L. Waldron and Jean C. Waldron, Plaintiffs-Appellants, v. Lissa Mae Waldron and Kathryn E. Snyder, Defendants-Appellees.

Gen. No. 68–23.

Third District.

March 4, 1969.

Winstein and Kavensky, of Rock Island, for appellants; H. Moss Meersman, of Moline, for appellees. Opinion by PRESIDING JUSTICE STOUDER. Not to be published in full.